IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-353 |
| VARIOUS ACCOUNTS IN THE NAMES OF CARIB INTERNATIONAL LTD., FULTON DATA PROCESSING LTD., DATA-TECH 2000 LTD., WORLD LUBRICANTS, LTD., WILLIAM J. CEASER ENTERPRISES LTD., JON R. ROGERS, JOHN A. THORNE AND PETER T. MOWAD, | ) |
| Defendants. | ) |

## **STIPULATION**

The United States of America and Jon R. Rogers ("Rogers"), John A. Thorne ("Thorne"), and Peter T. Mowad ("Mowad"), by and through their respective counsel, and with the intent to be legally bound hereby, stipulate and agree as follows:

1. This civil forfeiture action shall be stayed until December 31, 2005, including, without limitation: (1) the duties of Rogers, Thorne and Mowad to file verified statements (claims) and answers pursuant to 18 U.S.C. § 983(a)(4) and Rule C(6)(a) of the Supplemental Rules for Admiralty and Maritime claims in the event that they wish to contest this action; and (2) the duty of the United States to serve any other potential claimants.

2. The United States may advertise this action in accordance with federal forfeiture law.

3. This Stipulation is subject to the approval of the United States District Court.

With the intent to be legally bound hereby, the undersigned execute this Stipulation this 29th day of August, 2005

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

By:    s/ Mary McKeen Houghton            s/ Michael Pancer
       MARY MCKEEN HOUGHTON            MICHAEL PANCER
       Assistant U.S. Attorney                  Attorney for John A. Thorne
       633 U.S. Post Office & Courthouse      105 W "F" Street
       Pittsburgh, PA 15219                   4th Floor
       (412) 644-6750                           San Diego, CA 92101-6036
       PA ID #31929                             (619) 236-1826

       s/ David Chesnoff                     s/ Frank Bruzzese
       DAVID Z. CHESNOFF                 FRANK BRUZZESE
       Attorney for Peter T. Mowad          Attorney for Jon R. Rogers
       520 South Fourth Street               300 Sinclair Building
       Las Vegas, NV 89101                   P.O. Box 1506
       (702) 384-5563                           (740) 282-5323