IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>VARIOUS ACCOUNTS IN THE NAMES OF JON R. ROGERS, PETER T. MOWAD, JOHN A. THORNE AND DRAYCOTT MANAGEMENT SERVES, INC.,<br><br>Defendants. | Civil Action No. 03-815 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$1,660,800.00 IN UNITED STATES CURRENCY, $122,400.00 IN ONE OUNCE GOLD COINS, and ONE 100 OUNCE SILVER BLOCK,<br><br>Defendants. | Civil Action No. 03-1157 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VARIOUS ACCOUNTS IN THE NAMES OF CARIB INTERNATIONAL LTD., FULTON DATA PROCESSING LTD., DATA-TECH 2000 LTD., WORLD LUBRICANTS, LTD., WILLIAM J. CEASAR ENTERPRISES LTD., JON R. ROGERS, JOHN A. THORNE AND PETER T. MOWAD,<br><br>Defendants. | Civil Action No. 04-353 |

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-838 ) |
| VARIOUS ACCOUNTS IN THE NAME OF JON R. ROGERS, | ) ) ) ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 20th day of August, 2014, upon consideration of the Stipulation and Settlement Agreement filed by the United States of America and Carib International, Ltd., it is hereby ORDERED that the Stipulation and Settlement Agreement is approved, the terms of which are incorporated by reference in their entirety into this Order.

It is further ORDERED that the final order of forfeiture entered at docket #33 in civil action 03-815 is amended as follows: the United States will release $775,366.43 to Carib International Ltd, free and clear of any right, title and interest of the United States. The final order of forfeiture entered at docket #33 at civil action 03-815 will otherwise remain unchanged, and the remaining funds, including $1,000,000.00 of the Carib Assets, will remain forfeited to the United States of America free and clear of any rights, title and interest of any person or entity, including Carib International, Ltd.

A certificate of reasonable cause is hereby entered pursuant to 28 U.S.C. § 2465.

s/ DAVID STEWART CERCONE
United States District Judge